James H. Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
LAND, AIR & SEA TRANSPORT LTD. d/b/a L.A.S.T.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| LAND, AIR & SEA TRANSPORT LTD. d/b/a L.A.S.T., <br><br> Plaintiff, <br><br> -against- <br><br> YANGZHOU XUYANG LOGISTICS CO. LTD. f/k/a J&K TRANS INTERNATIONAL CO. LTD., <br><br> Defendant. | 08 Civ. _____ <br><br> **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, James H. Power, attorney for Plaintiff Land Air & Sea Transport Ltd. d/b/a L.A.S.T. having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

According to information provided to counsel by its client, Plaintiff is a privately-owned company and there are no publicly held corporations that own 10% or more of its shares.

Dated:    New York, New York
          July 22, 2008

                                    HOLLAND & KNIGHT LLP

                          By:       _____
                                    James H. Power
                                    Lissa D. Schaupp
                                    195 Broadway
                                    New York, NY 10007-3189
                                    Tel:  (212) 513-3200
                                    Fax:  (212) 385-9010

                                    *Attorneys for Plaintiff*
                                    *Land Air & Sea Transport Ltd.*

# 5484783_v1