```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 28 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAND, AIR & SEA TRANSPORT LTD. d/b/a
L.A.S.T.,

                             Plaintiff,

-v-

YANGZHOU XUYANG LOGISTICS CO. LTD.
f/k/a J&K TRANS INTERNATIONAL CO. LTD.,

                             Defendant.

No. 08 Civ. 6513 (RJS)
EX PARTE ORDER APPOINTING A
SPECIAL PROCESS SERVER

RICHARD J. SULLIVAN, District Judge:

      WHEREAS on July 24, 2008, plaintiff Land, Air & Sea Transport Ltd. d/b/a L.A.S.T. ("LAST") filed a First Amended Verified Complaint herein for damages amounting to $1,436,018.30 inclusive of interest, costs, and attorneys' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

      WHEREAS on July 25, 2008, this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment; and

      WHEREAS Plaintiff has made an application for an Order Appointing a Person to Serve Process pursuant to Rule 4(c) of the Federal Rules of Civil Procedure; and

      WHEREAS the Court has reviewed the Affidavit submitted by James H. Power, Esq., in support of the application; IT IS HEREBY

      ORDERED that any of the individuals and/or individual employees of the entity named in ¶ 2 of Mr. Power's Affidavit dated July 24, 2008, provided that they are over the age of 18

and are not parties to this action, are hereby appointed, in addition to the United States Marshal, to serve the Order for Process of Maritime Attachment and Garnishment and Verified Complaint upon any garnishee(s) within this district upon whom a copy of the Order may be served, and who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

    IT IS FURTHER ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide.

SO ORDERED.

Dated:    July 25, 2008
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE